

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Greeheyco, Inc.,

\* From the 39th District Court
of Throckmorton County,
Trial Court No. 3420.

Vs. No. 11-16-00199-CV

\* June 29, 2018

R.A. Brown, Jr., and wife, Peggy
Donnell Brown, as co-trustees for
the R.A. Brown, Jr., Trust; Merrick, Inc.;
Dan C. Morris, individually and as
independent executor of the Estate of
Robert Brown Morris, deceased; Shirley
G. Carney; Belle Scott Morris; Charlton
Morris Traynor; Ann Clowe Jobe;
Charles M. Clowe; Brad E. Clowe;
and Amy C. Traughber,

\* Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed 75% against Appellees and 25% against Greeheyco, Inc.